UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SVETLANA KHANIMOVA, *et al.*,
                    Plaintiffs,

-v-

DAVID C. BANKS, *et al.*,
                    Defendants.

24-CV-4304 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This Order confirms the schedule jointly proposed on August 8, 2024. Upon receipt of the certified administrative record from the Office of State Review:

- Plaintiffs will file their motion for summary judgment on or before October 9, 2024.
- Defendants will file their cross-motion for summary judgment on or before November 11, 2024.
- Plaintiffs will file their opposition and reply on or before November 27, 2024.
- Defendants will file their reply on or before December 11, 2024.

SO ORDERED.

Dated: August 9, 2024
      New York, New York

_____
J. PAUL OETKEN
United States District Judge