# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
SVETLANA KHANIMOVA, et al.,

                        Plaintiffs,                    24 **CIVIL** 4304 (JPO)

       -against-                                      **JUDGMENT**

MELISSA AVILES-RAMOS, in her
official capacity as Chancellor of the New
York City Department of Education, et
al.,

                        Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2025, Plaintiff's motion for summary judgment is DENIED as to reimbursement for tuition, transportation and nursing services and GRANTED as to an Independent Educational Evaluation. Defendants' cross-motion for summary judgment is DENIED as to the Independent Educational Evaluation and GRANTED as to all other claims. Judgment of dismissal entered on Plaintiff's claims for tuition, transportation and nursing services; Judgment entered in favor of Plaintiff on her Independent Educational Evaluation claim, and this case is closed.

**Dated:**  New York, New York

       April 30, 2025

                                                **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                         **BY:**

                                                    **Deputy Clerk**